UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80026-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**NAKEGO ENOS ELLINGTON**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart following Change of Plea Hearing [ECF No. 18]. On April 12, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 15] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 7] pursuant to a written plea agreement and factual proffer [ECF No. 17]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count 1 [ECF No. 7]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 18] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Nakego Enos Ellington** as to Count 1 of the Indictment is **ACCEPTED**.

CASE NO. 23-80026-CR-CANNON

3. Defendant **Nakego Enos Ellington** is adjudicated guilty of Count 1 of the Indictment, which charges him with distribution of a controlled substance (methamphetamine), in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) [ECF No. 7].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 1st day of May 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record